UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**NICKOLOS MARCHIAFAVA**

**VERSUS**

**JAMES LEBLANC AND
NATALIE LABORDE**

**CIVIL ACTION**

**NO. 18-340-JWD-RLB**

## RULING AND ORDER

Plaintiff Nickolos Marchiafava filed this lawsuit on March 26, 2018, asserting a claim for alleged retaliation under the First Amendment to the United States Constitution. The defendants filed a motion to dismiss on May 14, 2018. (Doc. 8). On March 18, 2019, the Court heard argument and granted the motion to dismiss (Doc. 8), dismissing Marchiafava's claim without prejudice. Additionally, the Court instructed Marchiafava to file an amended complaint on or before April 12, 2019, to the extent he wished to cure the deficiencies outlined in the Court's ruling. Marchiafava has elected not to do so. Accordingly, **IT IS ORDERED** that this lawsuit is **DISMISSED WITH PREJUDICE**. A final judgment will issue separately.

Signed in Baton Rouge, Louisiana, on May 3, 2019.

**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**